Electronic 06/15

# PETITION FOR ADMISSION
(Local Civil Rule 83.1/Criminal Rule 57.1)

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

1. Name: __Frank Joseph Lawrence__
   FIRST / MIDDLE / LAST

2. Firm Name: __Frank J. Lawrence__

   Business Address: _____
   ROOM / SUITE / FLOOR / BUILDING

   __941 Westview Road__
   STREET ADDRESS

   __Bloomfield Hills, MI  48304__
   CITY / STATE / ZIP

   Business Telephone Number: __248-722-2560__

3. Identify all states (including the District of Columbia) in which you have been admitted to practice before the state's highest court, the date of admission, and whether you are in active status and good standing in that jurisdiction. If you are not in active status and good standing, explain on an attached sheet.

   | | Jurisdiction | Date | Active Status & Good Standing? | Bar Number |
   |---|---|---|---|---|
   | 1. | District of Columbia | 10/2/2017 | Yes | 1048420 ✓ |
   | 2. | | | | |
   | 3. | | | | |
   | 4. | | | | |
   | 5. | | | | |
   | 6. | | | | |

*Forwarded to RJJ 10/5/17 for review

4. Identify all federal courts (Supreme Court, Circuit Courts, District Courts, specialty courts) in which you have been admitted to practice, the date of admission, and status. If you are not in active status and good standing, explain on an attached sheet.

| | Court | Date | Active Status & Good Standing? | Bar Number |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

5. Have you ever been held in contempt of court or otherwise subjected to discipline as defined by the Local Rules of the Western District of Michigan? NO.

    If so, nature and disposition thereof: _____

    *Pursuant to Local Civil Rule 83.1(d)(iii) and Criminal Rule 57.1(d)(iii), if an applicant has been subject to discipline, this petition must be accompanied by a copy of the entire disciplinary record, including complaints, answers, hearing transcripts and orders entered in the disciplinary proceedings.

6. Have you ever been convicted of any felony or misdemeanor? (*You need not report a misdemeanor conviction occurring before commencement of law school.*) If so, explain the facts and circumstances:

    Yes. On August 19, 2000, I was ticketed for violating a Bloomfield Township ordinance

    that prohibits "interfering" with a police officer. This occurred after I told him that he

    needed to secure a warrant before he conducted a warrantless search. He claimed that

    I "interfered" with his investigation. I was found guilty and ordered to pay a monetary fine.

7. ☐ I am newly admitted to the State Bar of _____ and request a waiver of the sponsorship requirement. [One year or less from time of application.] No other waivers will be granted except in extraordinary circumstances.

8. ☒ I will make electronic payment of the $205.00 admission fee as instructed by the Clerk.

9. ☒ I have read the Local Rules of the Western District of Michigan (www.miwd.uscourts.gov).

10. ☐ This application is continued on an attached page.

I swear (or affirm) that the above information is accurate and correct to the best of my knowledge and belief.

10/5/2017
DATED

*Frank Lawrence*
SIGNATURE OF APPLICANT

---

**Statement of a sponsoring attorney of the Bar of this court**, stating when the sponsoring attorney was admitted to practice in this court, under what circumstances the attorney has known the applicant, that the attorney knows the applicant to be of good character and reputation, and that the attorney believes the applicant to be well qualified as a member of the Bar of this court. For applicants residing in another state, the sponsor may be a judge of a court of record of that state, or a federal judge.

I was admitted to this court on the 26th day of August 2006. I have known Frank Lawrence as a friend for about fifteen years and I have also acted as his attorney. I know Mr. Lawrence to be of good character and reputation and I believe the applicant will be well qualified as a member of the bar of this court.

Dennis B. Dubuc
SPONSORING ATTORNEY'S NAME

SIGNATURE OF SPONSORING ATTORNEY OR JUDGE

Oct 5 2017
DATED

67316
STATE BAR I.D. NO.

Admitted 8/21/06

12/13



**Pay.gov Form Submission Notification : MIWD Attorney Admissions and Certificate Payment**

notification   to: ecfhelp                                     10/05/2017 12:42 PM

A form has been successfully submitted on Pay.gov for:

  Application Name: MIWD Attorney Admissions and Certificate Payment
  Form Name: (MICHIGAN WESTERN DISTRICT) MIWD Attorney Admission and Certficate Payment
  Pay.gov Tracking ID: 2658G9HA
  Transaction Date: 10/05/2017 12:42:25 PM EDT
  Transaction Amount: $205.00

  State Bar ID: 1048420 District of Columbia
  Payer Name: Lawrence Frank
  Payer Address: 941 Westview Road, Bloomfield Hills, MI, 48304
  Payer Phone: Home:  (248) 722-2560
  Applicant Name: Frank Joseph Lawrence
  Request: Attorney Admission

If you have any questions or concerns regarding this form submission, please contact Pay.gov Customer Service by phone at 800-624-1373 or by email at pay.gov.clev@clev.frb.org.

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

# E-FILING REGISTRATION FORM

\*\*Please type; this will also serve as a return mailing label\*\*

Name: Frank Joseph Lawrence
Firm: Frank J. Lawrence
Addr.:
941 Westview Road
Bloomfield Hills, MI  48304

Phone: 248-722-2560

State Bar Number: 1048420 Wash, D.C.
(and state, if not Michigan)

Date of admission to the Bar of this court: 10/2/2017

\*\*NOTE: A PACER ACCOUNT IS NECESSARY FOR VIEWING ELECTRONIC DOCUMENTS\*\*

Complete the form on-line, print a hard copy, sign, scan and present it to the Clerk at the e-mail address below. A login and password for access to the electronic case filing system will be issued to you upon receipt of the fully-completed form. **All of this information is required and must be supplied, including your original signature.**

Primary e-mail address: flawrence1@hotmail.com
(Attorney's e-mail for electronic service)

Secondary e-mail address: Essexparkbackup@gmail.com
(Central repository, Secretary. etc )

E-mail software used: Windows Live Mail
(i.e., Outlook, Groupwise, etc.)

☑ I have an existing PACER account.
☐ My firm has an existing PACER account.

☑ I already have an ECF login that I use in District of Columbia US District Cou, which is
(Name of Other District)                              (Login)

please assign the same login for my use in the Western District of Michigan.

The information contained in this box will be used for security/confirmation purposes related to your e-filing login/password:
Key word/phrase: Dearborn         Reminder: City where your mother was born

BY COMPLETING THIS FORM, ATTORNEYS CERTIFY THAT THEY ARE MEMBERS IN GOOD STANDING OF THE BAR OF THIS COURT AND THAT THEY ARE FAMILIAR WITH W.D. Mich. LCivR 5.7 and LCrR 49.10, AS APPLICABLE TO THEIR PRACTICE, WHICH MAY BE FOUND AT:

www.miwd.uscourts.gov

By registering under this rule, attorneys consent to electronic service of all electronically filed documents. See W.D. Mich. LCivR 5.7(i)(ii) and LCrR 49.10(h)(ii).

Attorney's Signature: *[signed] Frank Lawrence*

Scan and return this form *via e-mail* to:
ecfhelp@miwd.uscourts.gov

**YOUR E-FILING LOGIN AND PASSWORD WILL BE SENT TO YOU VIA E-MAIL**

COURT USE ONLY:

E-Filing Login Assigned: FJLawrence123

E-Filing Password Assigned: _____

☑ Confirmation e-mail sent      ☐ E-mail confirmed by attorney
☑ Attorney's record updated     ☐ UR registered e-mail sent



District of Columbia Court of Appeals
Office of Admissions
430 E Street, N.W. - Room 123
Washington, D.C. 20001
(202) 879-2710

## NOTICE

TO: New Member of the District of Columbia Bar

RE: Date of Admission -- Monday, October 2, 2017

This notice will serve as an attestation that you have been administered the oath of admission, have signed the roll of attorneys, and have been admitted this date as a member of the District of Columbia Bar.

**The Member Service Center of the District of Columbia Bar will assign you a bar number, issue you the bar identification card, and will bill you for the annual dues.** *It will take approximately three weeks' time for this process to be completed.* **The Member Service Center may be contacted at:**

| | |
|---|---|
| **District of Columbia Bar** | **202/626-3475 - Member Service** |
| **1101 K Street NW, Suite 200** | 202/737-4700 - Main Number |
| **Washington, DC 20005-4210** | 202/626-1315 - Mandatory Course |

**AFTER** you have been assigned a bar number, you may purchase the following:

**1.     Certificate of Good Standing** for use in seeking membership before courts of other jurisdictions and the federal courts.

**2.     Engraved Certificate** - hand-engrossed certificate suitable for framing.

For ordering instructions and online forms, please visit:
**http://www.dcbar.org/membership/certificates/index.cfm**