**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF MICHIGAN
685 GERALD R. FORD FEDERAL BUILDING
110 MICHIGAN STREET, NW
GRAND RAPIDS, MICHIGAN 49503

CHAMBERS OF
ROBERT J. JONKER
CHIEF DISTRICT JUDGE

TEL (616) 456-2551
FAX (616) 732-2703

October 6, 2017

Mr. Frank Joseph Lawrence
941 Westview Road
Bloomfield Hills, MI  48304

Dear Mr. Lawrence:

Your application for admission to the Bar of our Court has been referred to me, as Chief Judge, because you reported a conviction for interfering with a police officer. Before I decide whether to handle the admission application myself, or refer it to a hearing panel under our Local Rules, I would ask that you provide some additional background for my consideration.

First, I would like to see some of the documents related to the case. Please provide a copy of the charging document, any plea agreement, any transcript of the plea hearing and the sentencing hearing, and the Judgment itself. I would also like a copy of the police report, if you have a copy. You may also wish to provide a copy of any other pertinent documents, but I will leave that up to you. It appears the case generated significant litigation, including a Sixth Circuit decision on your habeas corpus proceeding.

Second, please let me know whether you have ever been denied admission to the bar in any jurisdiction. Published news reports suggest the Michigan Bar denied your admission on character and fitness review, but published reports are not always accurate. If any jurisdiction has denied you admission, please provide copies of pertinent documentation.

Please provide the additional material and information not later than November 6, 2017

Sincerely,

Robert J. Jonker
Chief United States District Judge

RJJ/ymc