** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 12, 2017 12:04:34 PM EDT | | 176 | 7 | Received |



# ESSEX PARK LAW OFFICE, P.C.
12618 TEN MILE RD.
SOUTH LYON, MI 48178
(248) 486-5508 • FAX (248) 486-5339

## FAX COVER SHEET

TO: _Hon Robert J Jonker_

FROM: _A Dennis Dubuc_

DATE: _Oct 12 17_

NUMBER OF PAGES ____ (Including cover)

FAX NUMBER: _616 649 9832_

TELEPHONE NUMBER: _____

REPLY REQUESTED: YES ✗   NO ___

COMMENTS: _Please Confirm Receipt_

_Thank you_

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THIS OFFICE WILL REIMBURSE YOU ALL POSTAL OR LONG DISTANCE COSTS.



**DENNIS B. DUBUC**
ATTORNEY AT LAW

ESSEX PARK LAW OFFICE, P.C.
12618 TEN MILE RD.
SOUTH LYON, MI 48178
(248) 486-5508 • FAX (248) 486-5339

October 12, 2017

Hon. Robert J. Jonker, Chief Judge
United States District Court
Western District of Michigan
110 Michigan St., NW # 685
Grand Rapids, MI 49503

Dear Chief Judge Jonker:

Re: Application for Admission of Frank J. Lawrence

    I am in receipt of your October 6, 2017 letter to my client, Frank Lawrence. Your letter asks for records on an ordinance violation that occurred over 17 years ago. Mr. Lawrence was able to locate a copy of the complaint, as well as a copy of the complaining officer's police report related to the ticket that was initially issued. Mr. Lawrence was also able to locate a copy of final amended judgment (copies enclosed). I have advised him not to do any further research into the matter. I ask that you render a final decision based on the information provided.

    Mr. Lawrence was recently admitted to practice law in the District of Columbia and the United States Court of Appeals for the Sixth Circuit. Also, in December, 2016, his good moral character was certified by both the State Bar of Michigan and the Michigan Board of Law Examiners. I trust that you are aware of these facts given your office's recent investigative contacts with the State Bar of Michigan. Mr. Lawrence became aware of your inquiries when a State Bar investigator sought and was granted permission to disclose information to you that is contained within his confidential file.

    Mr. Lawrence was twice denied admission by the Michigan Board of Law Examiners (June of 2006 and May of 2010) and he was denied admission in February, 2005 by the Florida Board of Bar Examiners. The recent certifications of Mr. Lawrence's good moral character by the Michigan Board of Law Examiners (12/2016) and the District of Columbia Court of Appeals (10/2017) establish his current character and fitness. I have advised Mr. Lawrence not to research the archived, nearly 13-year-old decision of the Florida authorities or the prior decisions of the Michigan officials, given the recent determinations on his character to practice law.

I ask that you enter a final Order immediately so that I may submit this troubling matter to the Sixth Circuit panel that will decide *Lawrence v Parker, et. al.*, Sixth Circuit No. 17-1319. If a final decision on Mr. Lawrence's application cannot be made by November 1, 2017, please notify me of the same. In that event, I will ask that the Sixth Circuit hold *Lawrence v Parker* in abeyance in order to ask that both licensing matters be submitted to the same appellate panel.

Very truly yours,

Dennis Dubuc
Attorney for Applicant

Encls.

Sent Via Fax and US Mail

cc:   Frank J. Lawrence



| Approved, SCAO | | This form is available from Target Information Management, Inc. (517) 397-1311 | Original Complaint - Court Warrant - Court | 2nd Complaint copy - Prosecutor 3rd Complaint copy - Defendant |
|---|---|---|---|---|
| **STATE OF MICHIGAN** **48th JUDICIAL DISTRICT** | | **COMPLAINT MISDEMEANOR** | | **CASE NO.** |

| ORI MI- | Court address 2709 Telegraph Road, Bloomfield Hills, MI 48013 | | | Court telephone no. 338-6491 |
|---|---|---|---|---|
| THE PEOPLE OF ☐ The State of Michigan v. ☐ **Frank Joseph Lawrence** | Defendant's name and address | | Victim or complainant **Ofc Scott Monkonen Bloomfield TwpPD** Complaining witness **Ofc Scott Monkonen Bloomfield Twp PD** | |
| Co-defendant(s) | | | Date: On or about **August 19, 2000** | |
| City/Twp/Village **Township of Bloomfield** | County in Michigan **Oakland** | Defendant CTN | Defendant SID | Defendant DOB **5/11/73** |
| Police agency report no. | Charge **Interfering with a police officer** | | Maximum penalty | |
| Witnesses **Ofc Jill McAtee, Bloomfield Township Police** **Ofc Gary Godlewski, Bloomfield Township Police** **Ofc Kelly, Bloomfield Township Police** | | | Defendant DLN | |

**STATE OF MICHIGAN, COUNTY OF** _Oakland_

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

did interfere with a police officer in the discharge of his duty in failing to follow reasonable commands of Police Officer Monkonen at or near the location of 941 Westview, Bloomfield Hills, Michigan.

Ordinance No. 137, Section 16.01(a) - Bloomfield Township.

Subject to a fine of not more than $100.00 or not to be imprisoned for a period to exceed 90 days or costs in the discretion of the Court.

The complaining witness asks that defendant be apprehended and dealt with according to law.

(Peace Officers only) I declare that the statements above are true to the best of my information, knowledge, and belief.

| Warrant authorized on **September 8, 2000** by: Date Prosecuting official **THOMAS J. RYAN, P.C. (P-19808)** | Complaining witness signature: Police Officer Scott Monkonen Subscribed and sworn to before me on _____ Date Judge/court clerk/magistrate |
|---|---|

DC 225 (3/88) **COMPLAINT, MISDEMEANOR**

**BLOOMFIELD TWP. POLICE DEPT.**
4200 Telegraph Rd., P.O. Box 489, Bloomfield Hills, MI 48303-0489
Phone: 248-433-7755  ORI # MI6328200

**NARRATIVE REPORT**  ☐ SUPPRESS  ☐ PRIMARY  ☒ SUPP  PAGE 1 OF

| DATE | DAY | SHIFT | PLAT | BADGE 1 | BADGE 2 | INCIDENT STATUS | CRIME CLASS | YEAR | INCIDENT # |
|---|---|---|---|---|---|---|---|---|---|
| 08/19/00 | Sat | 03 | 03 | 210 | | CLR ARREST | 2139A | 00 | 13999 |

02 I was dispatched to 941 Westview Road on a report of a physical
03 domestic fight in progress. Upon my arrival, I observed Ofc. Godlewski
04 and Ofc. Kelley placing Mr. Frank Lawrence, Sr. in custody, on the outside
05 front porch of 941 Westview Road. As I approached both officers
06 I asked them if anyone else was inside the house. Ofc. Kelley stated
07 Frank Lawrence, Jr. was inside the house however they did not know
08 if anyone else was inside the house. I called inside the house for
09 Mr. Frank Lawrence, Jr. to come outside. Mr. Lawrence, Jr. approached
10 the front door but stayed inside his house. I again asked Mr.
11 Lawrence, Jr. to step outside however Mr. Lawrence, Jr. stated, "Fuck
12 you! You will have to get a search warrant." I advised Mr. Lawrence
13 Jr. that we were investigating a crime and had the right to enter his
14 house to check for additional suspects or victims. Mr. Lawrence, Jr.
15 began repeating a court case that dealt with illegally arresting someone
16 and as Mr. Lawrence, Jr. was speaking, Officer Godlewski and I
17 asked Mr. Lawrence, Jr. several more times to exit his house however
18 Mr. Lawrence, Jr. refused. Officer Godlewski reached inside the house,
19 grabbed Mr. Lawrence, Jr.'s shirt and pulled him outside. As
20 Mr. Lawrence, Jr. exited the house, I held onto Mr. Lawrence, Jr.'s
21 right arm and placed my right hand on the top of his head
22 and ordered Mr. Lawrence to the ground. Mr. Lawrence, Jr. did as I
23 requested and I used my hands to assist Mr. Lawrence, Jr. to
24 the ground. Once on his knees, I told Mr. Lawrence, Jr. to stay
25 in that position and not move. I checked the interior portion of
26 the house for additional suspects and/or victims. While I checked the
27 interior portion of the house Ofc. Godlewski stood by with Mr.
28 Lawrence, Jr. After I exited the house, I asked Mr. Lawrence,
29 Jr. if he was a witness to the domestic assault and Mr. Lawrence

| INVESTIGATING OFFICER(S) | REVIEWED BY | ASSIGNED TO / BADGE | ATTENTION TO |
|---|---|---|---|
| Honkkonen #210 | | | |

**BLOOMFIELD TWP. POLICE DEPT.**
4200 Telegraph Rd., P.O. Box 489, Bloomfield Hills, MI 48303-0489
Phone: 248-433-7755    ORI # MI6326200

**NARRATIVE REPORT**    ☐ SUPPRESS  ☐ PRIMARY  ☐ SUPP   PAGE 2 OF

| DATE | DAY | SHIFT | PLAT | BADGE 1 | BADGE 2 | INCIDENT STATUS | CRIME CLASS | YEAR | INCIDENT # |
|---|---|---|---|---|---|---|---|---|---|
| 0811 | 9100 | Sigt | 0303 | 210 | | CLR ARREST / UNF / CLR EXCEPT / INACT | 21391900 | | 13999 |

02  Jr. stated, "Fuck you." I approached Ofc. Godlewski and advised him
03  that I was going to place Mr. Lawrence, Jr. under arrest for
04  Obstructing a police officer. Ofc. Godlewski and I approached Mr.
05  Lawrence, Jr. and told Mr. Lawrence, Jr. that he was being placed und
06  arrest for obstructing a police officer. Mr. Lawrence, Jr. was handcuffed
07  by me behind his back without any incident. I double-locked the
08  handcuffs and checked each to make sure they were not too tight.
09  I transported Mr. Lawrence, Jr. to the Bloomfield Township Police Department
10  without incident. While at the Bloomfield Township Police Department
11  Mr. Lawrence, Jr. stated he was in pain in his neck, back and right
12  leg and requested the fire department respond to treat him. Mr. Lawrence
13  Jr. was transported to POH Hospital, (Pontiac, MI), by AMR Ambulance
14  and I followed the ambulance to the hospital and stayed with Mr.
15  Lawrence, Jr. until he was released. I placed handcuffs on Mr.
16  Lawrence, Jr. behind his back, double-locked the handcuffs and checked
17  to make sure they were not too tight. I transported Mr. Lawrence, Jr.
18  ck to the Bloomfield Township Police Department where I finished
19  processing him. At 22:27 hours this date, Helena Lawrence came to the
20  Bloomfield Township Police Department and posted $100.00 cash bond on
21  Mr. Lawrence, Jr's behalf. Mr. Lawrence, Jr. was released without
22  incident.

**INVESTIGATING OFFICER(S):** Monkkonen #210   **REVIEWED BY | ASSIGNED TO / BADGE | ATTENTION TO**

| Approved, SCAO | 1st cc<br>2nd c | Jail<br>Michigan State Police CJIC | 4th cc<br>5th | Prosecutor<br>Gun board (if needed) |
|---|---|---|---|---|
| STATE OF MICHIGAN<br>48TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | | 2nd Amendment 1-17-06/lp<br>JUDGMENT OF SENTENCE<br>☐ COMMITMENT TO JAIL<br>***** AMENDED *****  12-28-05 | | CASE NO.<br>0013448      OM<br>X-REF: 0013448 |

| ORI<br>MI-630105J | Court Address 4280 TELEGRAPH; BOX 3200<br>BLOOMFIELD HILLS, MI  48302 | Court Telephone no.<br>(248) 433-9373 |
|---|---|---|

Police Report No.

| THE PEOPLE OF<br>☐ The State of Michigan<br>☒ TOWNSHIP OF BLOOMFIELD | v | Defendant's name, address, and telephone no.<br>(248) 647-2409<br>LAWRENCE/FRANK/JOSEPH<br>941 WESTVIEW<br>BLOOMFIELD TWP, MI  48304 |
|---|---|---|

| | | CTN/TCN | SID | DOB<br>5/11/1973 |
|---|---|---|---|---|

THE COURT FINDS:
1. Defendant was found guilty on ___APRIL 8, 2002___ of the crime(s) as stated below:
                                   Date

| Count | CONVICTED BY<br>Plea* | Court | Jury | DISMISSED<br>BY* | CRIME | CHARGE CODE(S)<br>MCL citation/PACC Code |
|---|---|---|---|---|---|---|
| 1 | | | X | | INTERFERE WITH A POLICE OFFICER | LOCAL ORDINANCE |

*For plea, insert "G" for guilty plea, "NC" for nolo contendere, or "NI" for guilty but mentally ill. For dismissal, insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

2. Defendant ☒ represented by an attorney: HUGH M. DAVIS JR.                      P-12555
            ☐ advised of right to counsel and appointed counsel and knowingly, intelligently,
              and voluntarily waived that right.
☐ 3. Conviction reportable to Secretary of State.
                              Defendant's driver license number is: _____
☐ 4. Licensing sanction reportable to State Police.
     ☐ Revoked   ☐ Suspended ____ days      ☐ Restricted ____ days
☐ 5. HIV testing and sex offender registration is completed.
☐ 6. Defendant has been fingerprinted according to MCL 28.243.
IT IS ORDERED:
☐ 7. Probation is revoked.
☐ 8. Defendant is sentenced to jail as follows:        ☐ Report at _____ .m.

| Count | Date Sentence Begins | Sentenced<br>Mos. | Days | Credited<br>Mos. | Days | To Be Served<br>Mos. | Days | Release Authorized<br>for the Following Purpose | Release Period<br>From | To |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ Upon payment of fine/costs<br>☐ To work or seek work<br>☐ For attendance at school<br>☐ For medical treatment<br>☐ Other _____ | | |

9. Defendant shall pay as follows:

| COUNT | FINE AND COSTS | RESTITUTION | ATTY FEES | CRIM VICT | STATE COST | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 960.00 | | | 40.00 | .50 | | 1,000.50 |

                                                          Balance Due: $1,000.00
The due date for payment is ___1/18/06___. Fine, costs, and fees not paid within 56
days of the due date are subject to a 20% late penalty on the amount owed. ☐ Defendant
shall serve ____ days in jail beginning _____ for failure to pay on time.
~~10. Defendant shall be placed on probation for 12 months and obey any order of probation.~~ (See separate order.)
☐ 11. Defendant shall complete the following rehabilitative services.
     ☐ Alcohol Highway Safety Education ☐ Treatment (☐ outpatient, ☐ inpatient, ☐ residential, ☐ mental health)
     Specify:
☐ 12. The vehicle used in the offense shall be immobilized or forfeited. (See separate order.)
☐ 13. The concealed weapon board shall ☐ suspend for ____ days ☐ permanently revoke the
     concealed weapon license, permit number _____, issued by _____ County.
☒ 14. Other: FINES AND COSTS DUE BY 1/18/06 OR SERVE 30 DAYS IN THE OAKLAND COUNTY
             JAIL
***** AMENDED: ALL REFERENCES TO A TERM OF PROBATION REMOVED *****
___DEC. 28, 2005___   (SEAL)    X_____   P-10961
Date                            Judge/~~Magistrate~~   C. CHARLES BOKOS   Bar no.

                                                MCL 765.15(2), MCL 769.16a, MCL 775.22, MCL 780.766
MC 219 (9/03)  JUDGMENT OF SENTENCE/COMMITMENT TO JAIL     MCL 780.826, MCR 6.427(A)