## INDEX OF EXHIBITS

Exhibit 1    12/22/17 Opinion of the United States Court of Appeals for the Sixth Circuit

Exhibit 2    10/5/17 Application for admission

Exhibit 3    10/6/17 email from State Bar of Michigan

Exhibit 4    10/6/17 correspondence to Mr. Lawrence from Chief Judge Robert Jonker

Exhibit 5    Western District of Michigan Administrative Order 17-AD-115

Exhibit 6    Western District of Michigan Administrative Order 17-AD-116

Exhibit 7    Docket sheet in 1:17-cv-00289-PLM-PJG