# Exhibit 3

**Frank J. Lawrence**

| | |
|---|---|
| **From:** | "Keith Wilkinson" <KWILKINSON@michbar.org> |
| **Date:** | Friday, October 6, 2017 9:36 AM |
| **To:** | <flawrence1@hotmail.com> |
| **Subject:** | Re: Recent Court Filing |

Thank you, Frank.

Did you recently apply for admission to the US District Court for the Western District of Michigan?

Thanks,

Keith

+----------------------------------------------+

The State Bar of Michigan has changed our email domain name. Mail addressed to @mail.michbar.org will still be delivered. New mail sent from our staff will come from @michbar.org

**E-mail Notice**: If you think you received this e-mail by mistake, please do not use it in any way. It may contain confidential or legally protected information. Please delete the e-mail, destroy any copies, and immediately notify us by reply e-mail or by phone (800-968-1442).

**E-mail Warning** : This e-mail was swept for computer viruses, but we cannot guarantee that it is virus-free or accept responsibility if it is contaminated.

+------------------mail.michbar.org-----------------+